IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABORERS= PENSION FUND, | ) | |
| LABORERS' WELFARE FUND OF THE | ) | |
| HEALTH & WELFARE DEPARTMENT | ) | |
| OF THE CONSTRUCTION AND GENERAL | ) | |
| LABORERS= DISTRICT COUNCIL OF | ) | |
| CHICAGO AND VICINITY, THE CHICAGO | ) | |
| LABORERS= DISTRICT COUNCIL | ) | Case No. 15 CV 9170 |
| RETIREE HEALTH AND WELFARE FUND, | ) | |
| and JAMES S. JORGENSEN, not individually, | ) | |
| but as Administrator of the Funds, | ) | Hon. Samuel Der-Yeghiayan |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| PROPERTY RECYCLING SERVICES CORP., | ) | |
| an Illinois corporation, and | ) | |
| DANIEL TODD COYNE, individually, | ) | |
| | ) | |
| Defendant(s). | ) | |

## **MOTION TO WITHDRAW**

NOW COMES Joseph P. Berglund (AMovant@) attorney for the Defendants, PROPERTY RECYCLING SERVICES, CORP. and DANIEL COYNE (Collectively referred as ADefendants@) and move this Honorable Court to grant them leave to withdraw his Appearance as attorney for Defendants, *instanter*, and in support thereof state, as follows:

1.  Services provided to Defendants has been competent.  All costs and fees incurred in representation of Defendants was reasonable and necessary.

2.  Circumstances have arisen that have made it unreasonably difficult for Movant to carry out his employment effectively. In addition, Defendants owe Movant a substantial sum of money for attorneys= fees and Defendants= failure to make payment has hindered Movant's to effectively represent Defendants in this matter and Movant's continued representation without payment will result in an unreasonable financial burden on Movants.

3.  ABA Model Rule 1.16(b) provides that a lawyer may withdraw if:

(5)  the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer=s services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

(6)  the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or

(7)  other good cause for withdrawal exists.

4. Defendants have been duly notified of this Motion.

5. Defendants have also been notified that FAILURE TO RETAIN OTHER COUNSEL MAY RESULT IN AN ENTRY OF A JUDGMENT AGAINST IT as set forth in the Notice of Motion herewith presented.

6. The last known address of PROPERTY RECYCLING SERVICES, CORP. is 480 Clearwater Drive, North Aurora, IL 60542. The last known address of DANIEL COYNE is 2S254 Center Avenue, Wheaton, IL 60189.

WHEREFORE, Joseph P. Berglund respectfully requests the following relief:

A. That he be granted leave to withdraw as attorneys for PROPERTY RECYCLING SERVICES, CORP. and DANIEL COYNE, *instanter*; and

B. For such other and further relief as may be appropriate under the circumstances.

Respectfully submitted,

By: /s/ Joseph P. Berglund

Attorney For Defendants
Joseph P. Berglund
LAW OFFICES OF JOSEPH P. BERGLUND, P.C.
1010 Jorie Boulevard, Suite 370
Oak Brook, Illinois 60523-2229
Tel: (630) 990-0234